144 A.3d 925

**Ricardo JEREMIAH, Petitioner**

**v.**

**COMMONWEALTH of Pennsylvania, COURT OF COMMON PLEAS FOR the CITY OF PHILADELPHIA, Respondent.**

**No. 86 EM 2016.**

Supreme Court of Pennsylvania.

July 27, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filings within 90 days. The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

Justice MUNDY did not participate in the consideration or decision of this matter.